UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDO GUTIERREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Case No. 24-cv-04163-HSG<br><br>**SCHEDULING ORDER** |

A case management conference was held on October 29, 2024. Having considered the parties' proposals, *see* Dkt. No. 16, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings | December 2, 2024 |
| Mediation Deadline | January 27, 2025 |
| Deadline to Lodge Administrative Record | February 27, 2025 |
| Dispositive Motion Hearing Deadline | April 3, 2025 at 2:00 p.m. |
| Deadline to file Plaintiff's and Defendant's Opening Rule 52 Briefs | April 24, 2025 |
| Deadline to file Plaintiff's and Defendant's Opposition Briefs | May 22, 2025 |
| Rule 52 Hearing | June 6, 2025 at 10:00 a.m. |

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 10/30/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge