# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Valdo Gutierrez

      Plaintiff(s)

v.

The Prudential Ins. Co. of America

      Defendant(s)

CASE No C 4:24-cv-04163-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: January 27, 2025

Date: October 29, 2024    //s/ Emily Bolt
            Attorney for Plaintiff

Date: October 29, 2024    //s/ Jason A. James
            Attorney for Defendant

☒ **X**  **IT IS SO ORDERED.**
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 11/6/2024

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*