Jason A. James (SBN 265129)
E-mail: jjames@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
18300 Von Karman Avenue, Suite 650
Irvine, California 92612-1032
Tel: 949.863.3363   Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALDO GUTIERREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 4:24-cv-04163-HSG<br><br>**STIPULATION REGARDING THE STANDARD OF REVIEW; ORDER**<br><br>Judge:   Haywood S. Gilliam, Jr.<br>Crtrm.: 2, 4th Floor<br><br>Complaint Filed: July 10, 2024 |

Plaintiff VALDO GUTIERREZ ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their respective counsel, hereby submit this Stipulation Regarding the Standard of Review.

WHEREAS, the parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001, *et seq.*;

WHEREAS, one of the issues to be decided in an ERISA benefits case is whether the standard of review is abuse of discretion or *de novo*;

WHEREAS, the parties agree that the standard of review to be utilized on cross-motions for judgment in this ERISA case will be *de novo*;

WHEREAS, the parties' agreement as to the standard of review relates solely to this particular case and does not give rise to any waiver or prejudice in any other cases brought against Prudential;

4883-6996-8118 v2

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case No. 4:24-cv-04163-HSG
STIPULATION REGARDING THE STANDARD OF REVIEW

1    WHEREAS, the administrative record was produced on October 31, 2024.

2    IT IS HEREBY STIPULATED, by and between the parties hereto, by and through their
3    counsel of record, as follows:

4    1.    The parties agree that this Court shall apply a *de novo* standard of review in this case.
5    This Stipulation regarding the standard of review is specifically limited to the facts and
6    circumstances of this particular case;

7    2.    The parties further agree that there will be no discovery in this case;

8    3.    The parties will meet and confer to attempt to resolve any issues that arise with
9    respect to the content of the Administrative Record produced by Prudential.

**IT IS SO STIPULATED.**

Dated:  December 20, 2024              BOLT KEENLEY KIM LLP


                                       By:    */s/ Emily Bolt*
                                              Emily Bolt
                                              Attorneys for Plaintiff
                                              VALDO GUTIERREZ


Dated:  December 20, 2024              BURKE, WILLIAMS & SORENSEN, LLP


                                       By:    */s/ Jason A. James*
                                              Jason A. James
                                              Attorneys for Defendant
                                              THE PRUDENTIAL INSURANCE
                                              COMPANY OF AMERICA

## **FILER ATTESTATION**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4883-6996-8118 v2                      2                      Case No. 4:24-cv-04163-HSG
                                                              STIPULATION REGARDING THE STANDARD
                                                              OF REVIEW

**ORDER GRANTING STIPULATION**

Based upon the parties' Stipulation Regarding the Standard of Review, the Court hereby orders that the *de novo* standard of review shall be applied in this ERISA matter. This Order regarding the standard of review is specifically limited to the facts and circumstances of this particular case. It is further ordered that there shall be no discovery in this case.

**IT IS SO ORDERED.**

Dated: 12/20/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge