1 | Jason A. James (SBN 265129)
  | E-mail: jjames@bwslaw.com
2 | BURKE, WILLIAMS & SORENSEN, LLP
  | 18300 Von Karman Avenue, Suite 650
3 | Irvine, California 92612-1032
  | Tel: 949.863.3363   Fax: 949.863.3350

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VALDO GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 4:24-cv-04163-HSG<br><br>**STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE; ORDER**<br><br>Judge:  Haywood S. Gilliam, Jr.<br>Crtrm.: 2, 4th Floor<br><br>Complaint Filed: July 10, 2024 |

IT IS HEREBY STIPULATED, by and between Plaintiff VALDO GUTIERREZ ("Plaintiff") and defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA ("Prudential"), by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Fed. R. Civ. P. 41(a). Each party shall bear his or its own attorneys' fees and costs.

The parties seek the Court's approval of the dismissal of the action with prejudice.

///
///
///
///
///
///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4920-5776-5675 v1

1

Case No. 4:24-cv-04163-HSG
STIPULATION TO DISMISS THE ENTIRE
ACTION WITH PREJUDICE

**IT IS SO STIPULATED.**

Dated: March 21, 2025               BOLT KEENLEY KIM, LLP


By: _____*/s/ Emily Bolt*_____
Emily Bolt
Attorneys for Plaintiff
VALDO GUTIERREZ

Dated: March 21, 2025               BURKE, WILLIAMS & SORENSEN, LLP


By: _____*/s/ Jason A. James*_____
Jason A. James
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

**Filer's Attestation**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4920-5776-5675 v1

2

Case No. 4:24-cv-04163-HSG
STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE

**ORDER**

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated:   3/24/2025

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
ORANGE COUNTY

4920-5776-5675 v1

1

Case No. 4:24-cv-04163-HSG
STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE